IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02526-CMA-MEH

RAYMOND WILLIAMS,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, a Florida corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 13, 2012.**

    In the interest of justice and having no objection from the Defendant,[1] Plaintiff's Motion to Amend Complaint [filed November 14, 2012; docket #5] is **granted**. The Clerk of the Court is directed to file the First Amended Complaint located at docket #5-2. Defendant shall file an answer or other response to the First Amended Complaint in accordance with Fed. R. Civ. P. 15.

---

[1] Pursuant to D.C. Colo. LCivR 7.1C and Fed. R. Civ. P. 6(d), Defendant's response to the motion was due to be filed on or before December 10, 2012; however, no response was filed.