IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-02526-CMA-MEH

RAYMOND WILLIAMS,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, a Florida corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation To Dismiss Case With Prejudice (Doc. # 16) signed by the attorneys for the parties hereto. The Court, having reviewed the file and considered the Stipulation, it is hereby

ORDERED that this case DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

DATED: February __26__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge